**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ESTEBAN LATORRES, JR.,

                Plaintiff,                        19 **CIVIL** 4507 (GWG)

         -against-                              **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 9, 2020, LaTorres's motion for judgment on the pleadings is granted and the Commissioner's motion for judgment on the pleadings is denied. The case is remanded to the Commissioner for further proceedings consistent with the Opinion and Order.

**Dated:**  New York, New York
         September 9, 2020

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                        **BY:**  *K. Mango*
                                                       **Deputy Clerk**